UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                                        CASE NO: 8:15-cr-133-T-26MAP

PHILIP J. FARLEY, III, and
AURELIJIUS BALTUSIS
                                                         /

**O R D E R**

**UPON DUE AND CAREFUL CONSIDERATION** of the procedural posture of this case, including the Government's representation that it intends "to immediately seek a superseding indictment to clarify certain counts in the indictment[,]" it is the Court's view that it would be in the interest of judicial and client economy to deny all pending motions without prejudice to being renewed after the superseding indictment is returned, assuming the superseding indictment does not cure the substantive deficiencies the Defendants claim exist in the current indictment. Accordingly, it is **ORDERED AND ADJUDGED** that Baltusis' Motion to Dismiss Count Six (Dkt. 37), Defendants' Joint Motion to Dismiss the Indictment (Dkt. 38), and Defendant Philip J. Farley, III's Motion for a Bill of Particulars (Dkt. 39) are **denied without prejudice**. The Defendants' Motion for Leave to File Joint Reply Briefs (Dkt. 47) is **denied as moot.** The Government shall seek a superseding indictment prior to the status conference currently scheduled for **Thursday, September 10, 2015.** At that conference, the Court will reschedule the deadline for the filing of motions.

**DONE AND ORDERED** at Tampa, Florida, on July 28, 2015.

                                                    s/*Richard A. Lazzara*
                                                    **RICHARD A. LAZZARA**
                                                    **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record