**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.                                                                                          CASE NO. 8:15-cr-133-T_26MAP

PHILIP J. FARLEY, III, and
AURELIJIUS BALTUSIS
                                                    /

**O R D E R**

**UPON DUE CONSIDERATION**, it is **ORDERED AND ADJUDGED** that the Defendants' Motion to Dismiss Paragraph 15(a) of Superseding Indictment (Dkt. 120) is **denied.** Under the Eleventh Circuit's prior precedent rule, this Court is duty bound to honor the prior precedents of the Eleventh Circuit unless and until they are overruled by the Eleventh Circuit *en banc* or by the Supreme Court.  See Jones v. Commissioner, Ga. Dep't of Corr., 811 F.3d 1288, 1293 (11th Cir. 2016) (citing and quoting United States v. Vega-Castillo, 540 F.3d 1235, 1236 (11th Cir. 2008)).  In this case, the Defendants have not demonstrated that United States v. Puerto, 730 F.2d 627 (11th Cir. 1984) has been overruled by an *en banc* opinion of the Eleventh Circuit or by the Supreme Court in the recently decided case of McDonnell v. United States, No. 15-474, 2016 WL 3461561 (June 27, 2016).

**DONE AND ORDERED** at Tampa, Florida, on July 5, 2016.

                                                          s/*Richard A. Lazzara*
                                                  **RICHARD A. LAZZARA**
                                                  **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record