**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.                                                                                    CASE NO.  8:15-cr-133-T-26MAP

PHILIP J. FARLEY, III, and
AURELIJIUS BALTUSIS
_____/

**O R D E R**

**UPON DUE CONSIDERATION** of the procedural history of this case, and based on the Government's representation that it will be seeking a superseding indictment from a federal grand jury, it is **ORDERED AND ADJUDGED** that the Government's Motion to Hold Defendants' Motions in Abeyance Pending Government's Second Superseding Indictment and Rescheduling of Trial Date (Dkt. 130) is **denied** as unnecessary.  The Court denies the Defendant Farley's Motion to Exclude Evidence of Other Acts Unrelated to the Charged Offenses (Dkt. 126) and Consolidated Motion in Limine (Dkt. 127) without prejudice to being refiled after the superseding indictment is filed.

**DONE AND ORDERED** at Tampa, Florida, on September 27, 2016.

                                                    s/*Richard A. Lazzara*
                                              **RICHARD A. LAZZARA**
                                              **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record