UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO. 8:15-Cr-133-T-26MAP

PHILIP J. FARLEY, III

### GOVERNMENT'S REQUESTED VOIR DIRE

The United States of America, by W. Stephen Muldrow, Acting United States Attorney for the Middle District of Florida, hereby requests the Court to ask the following questions of the jury panel during jury selection.

Respectfully submitted,

W. STEPHEN MULDROW
Acting United States Attorney

By:   /s/ Kelley C. Howard-Allen
      KELLEY C. HOWARD-ALLEN
      Assistant United States Attorney
      Florida Bar No.: 0085464
      400 North Tampa Street, Suite 3200
      Tampa, Florida 33602
      Telephone: (813) 274-6000
      E-mail: kelley.howard@usdoj.gov

By:   /s/ Thomas Franzinger
      THOMAS FRANZINGER, Trial Attorney
      DC Bar #1005000
      DOJ, Env. & Nat. Resources Div.
      Washington, DC 20004
      Telephone: 202-305-0458
      E-mail: thomas.franzinger@usdoj.gov

U.S. v. PHILIP J. FARLEY, III          Case No. 8:15-Cr-133-T-26MAP

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

By:     /s/ Kelley C. Howard-Allen
KELLEY C. HOWARD-ALLEN
Assistant United States Attorney
Florida Bar No.: 0085464
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone: (813) 274-6000
Facsimile:  (813) 274-6103
E-mail: kelley.howard@usdoj.gov

By:     /s/ Thomas Franzinger
THOMAS FRANZINGER, Trial Attorney
DC Bar #1005000
Env. & Nat. Resources Division
U.S. Department of Justice
Washington, DC 20004
Telephone: 202-305-0458
Facsimile: 202-514-8665
E-mail:thomas.franzinger@usdoj.gov

## **GOVERNMENT'S REQUESTED VOIR DIRE NO. 1**

Please state your full name.

What is your occupation?   If you are retired or not currently working, please state what your last employment was.

Are you married?

Is your spouse employed?   If so, what type of work does he or she do?

Do you have any children of working age?

If so, how many and what type of work do they do?

## **GOVERNMENT'S REQUESTED VOIR DIRE NO. 2**

Have you ever served on a jury before, either in state court or in federal court?

If so, when did you serve?   Where?

What type of case did you sit as a juror in?

Did the jury on which you served reach a verdict?

Was there anything about that experience you had as a juror which could, in any way, affect your ability to sit as a fair and impartial juror in this type of case and concerning these types of charges?

If you previously sat as a juror in a case, the law which you may have been told in that case may be different from the law that would relate to these criminal charges.   Can you assure the Court and both counsel that you will obey and follow the law as I instruct you, even if it is contrary to what you might have been told in the case(s) on which you previously sat as a juror?

## **GOVERNMENT'S REQUESTED VOIR DIRE NO. 3**

Do you have any member of your family, close friend, or acquaintance who is involved in law enforcement, including state or federal police officers, sheriff's deputies, law enforcement agents, EPA, FBI, or any state or other federal law enforcement agency?

If so, who do you know?   What does that person do?   What is the nature of your relationship to that person?

Could the fact that you have such a friend or relative in any way affect your ability to be a fair and impartial juror sitting in a criminal case and evaluating the testimony of law enforcement officers?

Does any member of the jury panel have any matter pending before the United States Attorney's Office in this district or any other district in which you are involved as a party, witness, or subject of some legal action?

If so, please explain what type of matter it is and what your involvement in it is.

## GOVERNMENT'S REQUESTED VOIR DIRE NO. 4

Have you, any member of your family, or close friend, ever been the victim of a crime?

If so, what happened?

When did this happen?

Was anyone charged or prosecuted as a result of that, to your knowledge?

If so, did you have to speak to police, appear in court, or give testimony in that regard?

Is there anything in that experience which could in any way possibly affect your ability to render a verdict in a criminal case which would be fair and impartial both to the defendant and to the United States?

## **GOVERNMENT'S REQUESTED VOIR DIRE NO. 5**

Has any member of the jury panel ever served as a grand juror, either in state or federal court?

If so, when and where?

Is there anything in that experience which could in any way possibly affect your ability to render a verdict in this type of criminal case which would be fair and impartial both to the defendant and to the United States?

The law with respect to the burden of proof in grand jury proceedings is different from the law that would relate to these charges. Can you assure the Court and both counsel that you will obey and follow the law as I instruct you, even if it is contrary to what you might have been told in the case(s) on which you previously sat as a grand juror?

## **GOVERNMENT'S REQUESTED VOIR DIRE NO. 6**

Has any member of the jury panel, or any family member, relative, or close personal friend or acquaintance of yours, ever been investigated by any federal, state, or local law enforcement agency?

If so, what was the subject of the investigation? What was the outcome of the matter?

Have you or any family member, relative, or close friend ever been arrested, charged, or convicted of any crime?

If so, what was the crime? What was the outcome of the case?

Would this experience in any way cause you to be unable to evaluate fairly and impartially the evidence and testimony of the witnesses who will testify on behalf of the United States?

## GOVERNMENT'S REQUESTED VOIR DIRE NO. 7

Has anyone ever been a witness in <u>any</u> type of court or judicial proceeding?

If so, what type of proceeding did you give testimony in?   Were you subject to cross-examination by attorneys for either side in that case or proceeding?

If your answer to any of these questions was yes, do you feel that your experience as a witness could in any way affect your ability to fairly and impartially evaluate the testimony of the witnesses who will testify in this case?

## **GOVERNMENT'S REQUESTED VOIR DIRE NO. 8**

Has any member of the jury panel ever worked in the construction, renovation or environmental industry in any capacity?

Do any of you or your family members work in fields involving hazardous pollutants or hazardous substances generally? Do any of you possess training in such fields?

Do any of you or your family members work in areas that involve coming into contact with asbestos?

Do any of you possess any background in chemistry?

If so, is there anything in these experiences which could in any way affect your ability to be a fair and impartial juror with respect to charges relating to asbestos disturbance and removal during renovations?

## GOVERNMENT'S REQUESTED VOIR DIRE NO. 9

Does any member of the jury panel have any strong feelings or opinions concerning the United States government or, more specifically, the United States Environmental Protection Agency (EPA) or the United States Occupational Safety and Health Administration (OSHA), or its regulations, which might in any way affect your ability to be a fair and impartial juror in a case such as this?

Does any member of the jury panel have any strong feelings or opinions concerning Florida State government, specifically the Florida Department of Environmental Protection (FDEP) or the Pinellas County Air Quality Division (PCAQD), or their state or county codes?

## **GOVERNMENT'S REQUESTED VOIR DIRE NO. 10**

Do any of you have asbestos in your homes?

Have you ever hired a company to remove asbestos from your home, or do you work anywhere where asbestos was removed from your place of work?

If so, did you observe the process either in your homes or at any other location?

Can any of you recognize asbestos if you saw it?

Have any of you or your friends or family ever been exposed to asbestos or suffered illness as a result of such exposure?   Do you know anyone who has?

## **GOVERNMENT'S REQUESTED VOIR DIRE NO. 11**

In this case, the government will be presenting evidence with regard to violations of asbestos work practice standards.  Will you have any problem following my instructions to the effect that proof of illness or death caused by contact with the asbestos is not relevant to whether the charged crimes occurred; in other words, proof of illness or death, is not relevant to whether a developer involved in renovation activities did not follow the law in doing the renovation work?

Do any of you have a belief with regard to the dangers of asbestos that would cause you to either convict the defendant or refuse to convict the defendant based upon your beliefs regarding those dangers?

## **GOVERNMENT'S REQUESTED VOIR DIRE NO. 12**

Have you read anything in the newspapers about asbestos prosecutions that might influence you favorably or unfavorably?

Are any of you familiar with the laws and regulations governing asbestos renovation or demolition projects?

## **GOVERNMENT'S REQUESTED VOIR DIRE NO. 13**

The defendant is on trial for his actions as alleged in the indictment. No other person is on trial in this case.

Can you decide this case based upon the evidence offered and not allow your verdict to be affected by any evidence about any other person mentioned during the course of the trial or by your opinions about any of those other persons' actions?

To put it another way, can you promise the Court and counsel that you will not permit opinions you might have from the testimony and evidence you will hear as to what other persons did or did not do to alter or affect your verdict as to the actions and conduct of the defendant himself?

## **GOVERNMENT'S REQUESTED VOIR DIRE NO. 14**

Do any among you have any conscientious objection, religious belief, or other mental reservation such that you could not, in good faith and in good conscience, sit as a juror in this criminal case and return a verdict of guilty if you believed from all the evidence that the United States has proved its case beyond a reasonable doubt?

To put it another way, is there anyone here who feels that for any moral or religious reasons that he or she cannot sit in judgment of another human being?

Do any among you feel that you would be unable to follow the Court's instruction that in reaching your verdict in this case, you must not be influenced in any way by either sympathy or prejudice for or against either the defendant or the United States?

## **GOVERNMENT'S REQUESTED VOIR DIRE NO. 15**

Do any among you speak or understand the Spanish language?

## **GOVERNMENT'S REQUESTED VOIR DIRE NO. 16**

Do any among you have any mental, physical or other concerns that would prevent you from sitting for a long period of time or for a lengthy trial? Do any among you have hearing problems? Do any among you have problems understanding the English language?

If so, please describe how this concern or condition would affect your ability to sit as a juror, and if any accommodations by the Court could impact your condition.