**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

v.

PHILIP J. FARLEY, III, and
AURELIJIUS BALTUSIS

Case No. 8:15-CR-133-T-26MAP
Judge Richard A. Lazzara
Magistrate Judge Mark A. Pizzo

**DEFENDANT PHILIP FARLEY' PROPOSED VOIR DIRE QUESTIONS**

Without prejudice to supplement or amend prior to commencement of jury selection, and in addition to general questions applicable to all criminal cases, which the defense presumes will be asked by the Court, Defendant Philip Farley requests that the Court incorporate the following case-specific issues and/or questions during the Court's void dire of prospective jurors:

1. Have you, your family members, or anyone close to you been exposed to asbestos? If so, please describe the circumstances.

2. Do you, your family members, or anyone close to you have any experience with handling asbestos?

3. Do you have any preconceived notions about asbestos that would make it difficult for you to be fair in a case involving asbestos removal?

4. Are you, your family members or anyone close to you employed by the Environmental Protection Agency, also known as EPA, the Pinellas County Department of Environmental Management or any environmental company?

1

5. Have you, your family members, or anyone close to you had any dealings with the Environmental Protection Agency, also known as EPA, or the Pinellas County Department of Environmental Management? If so what was the nature of the contact?

6. Have you, your family members, or anyone close to you worked in the construction industry, if so, in what capacity?

7. Have you, your family members, or anyone close to you been employed by any laboratories which test for chemical agents including, but not limited to, asbestos?

8. Have you, your family members, or anyone close to you been involved in a lawsuit either as a Plaintiff, Defendant, or witness where construction services were an issue? If so what was the nature of the lawsuit?

9. Have you or your immediate family members ever been involved in the remodeling and upgrading of older buildings?

10. Have you or your immediate family members ever been involved with the identification, removal or encapsulation of asbestos from any building, house or property?

11. Are you or someone close to you a member of any environmental organizations?

Dated: March 29, 2017

Respectfully submitted,

/s/ Ronald S. Safer
Ronald S. Safer
Valarie Hays
Deborah Bone
RILEY SAFER HOLMES & CANCILA
Three First National Plaza
70 West Madison Street, Suite 2900
Chicago, IL 60602
(312) 471-8700
(312) 471-8701 (facsimile)
VHays@rshc-law.com
RSafer@rshc-law.com
dbone@rshc-law.com

(admitted *pro hac vice*)

Timothy J. Fitzgerald (FBN 0780618)
Matthew P. Farmer (FBN 0793469)
FARMER & FITZGERALD, P.A.
102 W. Whiting St., Suite 501
Tampa, FL  33602
(813) 228-0095
(813) 224-0269 (facsimile)
fflawpafedtjf@aol.com

## CERTIFICATE OF SERVICE

I, Ronald Safer, an attorney, hereby certify that the foregoing Motion was filed electronically using the Court's CM/ECF E-Filing system and was served on all parties on March 29, 2017, by operation of the Court's electronic filing system.

By: /s/ Ronald S. Safer

Ronald S. Safer
Valarie Hays
Deborah Bone
RILEY SAFER HOLMES & CANCILA LLP
Three First National Plaza
70 West Madison Street, Suite 2900
Chicago, IL 60602
(312) 471-8700
(312) 471-8701 (facsimile)
VHays@rshc-law.com
RSafer@rshc-law.com
dbone@rshc-law.com
(admitted *pro hac vice*)