UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,   :
     Plaintiff,              :
                               :
v.                           :     Case No. 8:15-cr-133-T-26MAP
                               :
PHILIP J. FARLEY III,       :
     Defendant           :

**PLAINTIFF UNITED STATES' NOTICE OF INTERLOCUTORY
APPEAL AND ACCOMPANYING CERTIFICATION**

Notice is hereby given that the United States of America, plaintiff,

appeals to the United States Court of Appeals for the Eleventh Circuit the

order entered in this action on March 31, 2017, doc. 202. The Acting United

States Attorney certifies in the accompanying document that this appeal is not

taken for purpose of delay and that the evidence suppressed is a substantial

proof of a fact material in the proceeding.

Respectfully submitted,

W. STEPHEN MULDROW
Acting United States Attorney

DAVID P. RHODES
Assistant United States Attorney
Chief, Appellate Division

By:     *s/ Kelley C. Howard-Allen*
        KELLEY C. HOWARD-ALLEN
        Assistant United States Attorney

Florida Bar No.: 0085464
400 N. Tampa St., Ste. 3200
Tampa, Florida 33602
Telephone: (813) 274-6000
Facsimile: (813) 274-6103
kelley.howard@usdoj.gov

*s/ Thomas Franzinger*
THOMAS FRANZINGER
Trial Attorney
DC Bar No. 1005000
Env. & Nat. Resources Division
U.S. Department of Justice
Washington, DC 20004
Telephone: (202) 305-0458
Facsimile: (202) 514-8665
thomas.franzinger@usdoj.gov

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,　　:
　　　　Plaintiff,　　　　　　　:
　　　　　　　　　　　　　　　:
v.　　　　　　　　　　　　　　:　　Case No. 8:15-CR-133-T-26MAP
　　　　　　　　　　　　　　　:
PHILIP J. FARLEY III,　　　　　:
　　　　Defendant.　　　　　　 :

## ACTING UNITED STATES ATTORNEY'S CERTIFICATION

In accordance with 18 U.S.C. § 3731, the Acting United States Attorney

hereby certifies to this Court that this appeal is not taken for purpose of delay

and that the evidence is a substantial proof of a fact material in the proceeding.

By:　　*s/ W. Stephen Muldrow*
　　　　W. STEPHEN MULDROW
　　　　Acting United States Attorney
　　　　400 N. Tampa St., Ste. 3200
　　　　Tampa, FL 33602
　　　　Telephone:　(813) 274-6000
　　　　Facsimile:　 (813) 274-6246
　　　　w.stephen.muldrow@usdoj.gov

**U.S. v. FARLEY ET AL.**                    **Case No. 8:15-cr-133-T-26MAP**

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2017, I electronically filed this document

with the Clerk of the Court by using the CM/ECF system which will send a

notice of electronic filing to all counsel of record.

> *s/ Kelley C. Howard-Allen*
> KELLEY C. HOWARD-ALLEN
> Assistant United States Attorney
> Florida Bar No.: 0085464
> 400 N. Tampa St., Ste. 3200
> Tampa, Florida 33602
> Telephone: (813) 274-6000
> Facsimile: (813) 274-6103
> kelley.howard@usdoj.gov

> *s/ Thomas Franzinger*
> THOMAS FRANZINGER
> Trial Attorney
> DC Bar No. 1005000
> Env. & Nat. Resources Division
> U.S. Department of Justice
> Washington, DC 20004
> Telephone: (202) 305-0458
> Facsimile: (202) 514-8665
> thomas.franzinger@usdoj.gov