## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                          CASE NO.  8:15-cr-133-T-26MAP

PHILIB J. FARLEY, III
                                    /

## **O R D E R**

The Government has filed a timely Notice of Interlocutory Appeal and Accompanying Certification at docket 203 pursuant to 18 U.S.C. § 3731.  Consequently,  this Court is now divested of jurisdiction over this proceeding and is precluded from impaneling a jury and trying the Defendant until the Government's appeal is resolved by the Eleventh Circuit Court of Appeals.  See United States v. Tovar - Rico, 61 F.3d 1529, 1532 (11th Cir. 1995).[1]  The Court will conduct a status conference, tomorrow, Monday, April 3, 2017, at 8:45 a.m.

**DONE AND ORDERED** at Tampa, Florida, on April 2, 2017.

                                                  s/*Richard A. Lazzara*
                                                  **RICHARD A. LAZZARA**
                                                  **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record

---

[1]  Because the Court is unable to impanel a jury, it has instructed the Clerk's office to do its best to advise individuals who were scheduled to report for jury duty for this case that they need not appear.